No. 78–6809.  Jenkins *v.* Anderson, Warden.  C. A. 6th Cir.  [Certiorari granted, *ante,* p. 824.]  Motion for appointment of counsel granted, and it is ordered that Carl Ziemba, Esquire, of Detroit, Mich., be appointed to serve as counsel for petitioner in this case.

No. 79–149.  Lyons *v.* Urbom, U. S. District Judge.  Motion for leave to file petition for writ of mandamus and all other relief denied.

No. 79–198.  Supreme Court of Virginia et al. *v.* Consumers Union of the United States, Inc., et al.  Appeal from D. C. E. D. Va.  Probable jurisdiction noted.  Mr. Justice Powell took no part in the consideration or decision of this matter.

No. 79–66.  Aaron *v.* Securities and Exchange Commission.  C. A. 2d Cir.  Certiorari granted.

No. 79–260.  Andrus, Secretary of the Interior *v.* Idaho et al.  C. A. 9th Cir.  Certiorari granted.

No. 79–67.  Walter *v.* United States; and
No. 79–148.  Sanders et al. *v.* United States.  C. A. 5th Cir.  Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.  Reported below: 592 F. 2d 788 and 597 F. 2d 63.

No. 78–1711.  Mallek *v.* Texas.  County Crim. Ct., Dallas County, Tex.  Certiorari denied.

No. 78–6529.  Turner *v.* Massey, Correctional Superintendent.  C. A. 5th Cir.  Certiorari denied.